Annie Duddy, as Administratrix, etc., of Michael Duddy, Deceased, Respondent, v. Standard Oil Company of New York, Respondent, Impleaded with Petroleum Iron Works Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Rich and Stapleton, JJ., concurred. Burr, J., dissented on the ground that the fact (essential to plaintiff's recovery) that one of defendant's employees removed the lashing is made to rest upon inference only. Probably that was a fact; but if so, defendant should have been allowed to prove that deceased knew of this fact. If he did, he either assumed the risk or was guilty of contributory negligence, or both. The importance of this is apparent when we consider the court's charge at folios 243–246. Also on the ground that defendant should have been allowed to cross-examine the witness Grace freely, with whom Jenks, P. J., concurred.

First National Bank of Detroit, Michigan, Appellant, v. Harry B. Hollins and Another, Defendants, Impleaded with Rafael R. Govin, Respondent.—We think that the amended complaint in this action is sufficiently explicit, and that the order directing the service by the plaintiff of a bill of particulars was erroneous. Therefore, the order directing the service of the bill of particulars is reversed, with ten dollars costs and disbursements, and the motion is denied, with ten dollars costs. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Stella Foreman, Respondent, v. Nordon Construction Company and Others, Defendants, Impleaded with Watson & Pittinger, Appellant. (Action No. 3.)— Judgment affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Nina H. Piffard-Francis, Appellant, v. Burton C. Meighan and Anna U. Meighan, as Executors, etc., Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Timothy M. Griffing, Respondent, v. Edward Ward Vanderbilt, Appellant, and Another, Defendant.— Judgment of the County Court of Suffolk county affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Frank Holland, Respondent, v. Gennaro Gragnano, Appellant.— Order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.